# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CALVIN DEE AYCOCK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SETERUS, INC., FEDERAL NATIONAL )<br>MORTGAGE ASSOCIATION and )<br>WILSON AND ASSOCIATES, P.L.L.C., )<br>)<br>Defendants. ) | No. 14-cv-2890-SHL-tmp |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

Before the Court is the magistrate judge's Report and Recommendations ("Report"), filed May 28, 2015. (ECF No. 37.) In the Report, the magistrate judge recommended granting the motion to dismiss filed by Wilson and Associates, PLLC, and the motion to dismiss filed by Seterus, Inc., and Federal National Mortgage Association and denying Calvin Dee Aycock's ("Mr. Aycock") motion for expansion of time to file second amended complaint.

Pursuant to the Federal Rules of Civil Procedure, "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No objections to the Report have been filed, and the time for filing objections has expired. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2). "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the magistrate judge's Report, the Court hereby ADOPTS it in its entirety.

As a result, all of Mr. Aycock's claims against all of the defendants in this case are hereby dismissed.

**IT IS SO ORDERED,** this 17th day of June, 2015.

                                        s/ Sheryl H. Lipman  
                                        SHERYL H. LIPMAN  
                                        UNITED STATES DISTRICT JUDGE